# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Sunshine Heifers, LLC,　　　　　　　　　　Civil No. 17cv01068 PAM/LIB

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

Associated Milk Producers
Inc., et al.,

　　　　　Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:　July 12, 2018

　　　　　　　　　　　　　　　　　　*s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　PAUL A. MAGNUSON
　　　　　　　　　　　　　　　　　　United States District Judge